**JAMIE EPSTEIN**
*ATTORNEY AT LAW*
1101 Route 70 West
Cherry Hill, NJ. 08002

Tel: (856) 428-0710                                                                                    E-MAIL: JE@JamieEpsteinLaw.com

10/13/10

Clerk, United States District Court
P.O. Box 2097
Camden, NJ. 08101

RE: Case 1:09-cv-04780-JBS -KMW TB v. MOUNT LAUREL BOARD OF EDUCATION

Dear Sirs:

      Pursuant to Rule 7.1, please continue the 11/1/2010 return date of the pending motions: 21 First MOTION for Summary Judgment *12(b)(6),* 22 First MOTION to Dismiss *FRCP 60*, 20 First MOTION for Judgment on the Pleadings *Rule 12(c)* to the next return date of 11/15/10 so as to allow plaintiffs the needed additional time to prepare our responses.

      Thank you.

Very truly yours,

*/s/ Jamie Epstein*

JAMIE EPSTEIN

Cc;    clients
         counsel