<u>**ELECTRONICALLY FILED**</u>

**Law Offices**
**PARKER McCAY P.A.**
**1009 Lenox Drive**
**Building Four East, Suite 102A**
**Lawrenceville, NJ  08648**
**(609) 896-4222 (Office)**
**(609) 896-9023 (Fax)**
**ctanksley@parkermccay.com**
**Attorney for Defendant**
**Mount Laurel Township Board of Education (Burlington County)**

| | |
|---|---|
| **T.B., A MINOR, INDIVIDUALLY AND BY HIS PARENT, J.K.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |
| **Plaintiffs,** | **CIVIL  ACTION  NO: 09-4780  (JBS-KMW)** |
| **v.** | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |
| **MOUNT  LAUREL  TOWNSHIP BOARD OF EDUCATION (Burlington County)** | **[Local Civil Rule 6.1(b)]** |
| **Defendant.** | |

Application is hereby made for a Clerk's Order extending the time within which defendant may answer, move, or otherwise reply to the Complaint filed by plaintiffs herein and it is represented that:

1.  No previous extension has been obtained;

2.  The Complaint was filed on September 17, 2009;

3.  The motion in this matter was served on July 21, 2011; and

4.  The time to Answer the Complaint expires at the end of the day on

    August 1, 2011.

PARKER McCAY P.A.
Attorneys for Defendant
Mount Laurel Township Board of Education

By: Carl Tanksley, Jr., Esq.

Dated:  August 1, 2011

## ORDER

The above application is GRANTED and the time to answer the

Counterclaims is extended to August 15, 2011.

ORDER DATED:

WILLIAM T. WALSH, Clerk

By:_____

Deputy Clerk

2